UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
BILLY GRANTHAM
vs.
Defendant
BRISTOL-MYERS SQUIBB COMPANY

Case No.: 07 CIV 6816
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on Bristol Myers Squibb
I, ROBBIE LAWSON, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Aug 16 2007 2:30PM, I executed service of COMPLAINT AND DEMAND FOR JURY TRIAL; SUMMONS on BRISTOL-MYERS SQUIBB COMPANY at JUDI GUMAS, 345 PARK Avenue, NEW YORK, New York County, NY 10154-0037

By Personal Service to: JUDI GUMAS, ASS'T COPORATE SECRETARY, A white female approx. 40-45 years of age 5'4"-5'6" in height weighing 140-160 lbs with blonde hair and glasses

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Execute on Aug 18, 2007
ROBBIE LAWSON, Reg. # 601689, BRNX, NY

State of New York County of New York
Subscribed and sworn to before me, a notary public on Aug 18, 2007

Notary Public
CYNTHIA FRETT
Notary Public, State of New York
No. 01FR4501699
Qualified in New York County
Commission Expires May 13, 2009

ID: 8209883
Client Reference: 15860541

PFI Order No. 8209883