**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

BILLY GRANTHAM,

               Plaintiff,

-against-

BRISTOL-MYERS SQUIBB COMPANY

               Defendant.

-------------------------------------------------------------------X

Index No.:
07 CV 6816

**CERTIFICATE OF**
**IDENTIFICATION**
**PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and

magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned, as

counsel of record for defendant, **BRISTOL-MYERS SQUIBB COMPANY**, certifies that it

does not have a parent corporation and no publicly held company owns ten percent or more of its

stock.

Dated: New York, New York
       September 14, 2007

               Respectfully Submitted,

               SEDGWICK, DETERT, MORAN, & ARNOLD LLP

               By: _____
               MATTHEW J. McCAULEY (MM-9610)
               *Attorneys for Defendant*
               *BRISTOL-MYERS SQUIBB COMPANY*
               125 Broad Street, 39th Floor
               New York, New York 10004-2400
               Telephone: (212) 422-0202
               Facsimile:  (212) 422-0925
               **[SDMA File No. 0196-005949]**

To:    David S. Nalven, Esq. (DN-2374)
       Kimberly Dougherty, Esq. (Pro Hac Vice)
       HAGENS BERMAN SOBOL SHAPIRO LLP
       One Main Street, 4th Floor
       Cambridge, MA  02142
       Telephone:  (617) 482-3700

-1-

-2-

Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003

Robert B. Cary, Esq. (Pro Hac Vice)
Donald Andrew St. John, Esq. (Pro Hac Vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 E. Camelback Road, Suite 650
Phoenix, Arizona  85016
Telephone (602) 840-5900
Facsimile   (602) 840-3012

NY/508575v1

CERTIFICATE OF SERVICE

I, Matthew J. McCauley, hereby certify and affirm that a true and correct copy of

the attached **CERTIFICATE OF IDENTIFICATION PURSUANT TO RULE 7.1** was

served electronically pursuant to United States District Court, Southern District of New York

Local Rule 5.2 on September 14, 2007, upon:

David S. Nalven, Esq. (DN-2374)
Kimberly Dougherty, Esq. (Pro Hac Vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:   (617) 482-3003

Robert B. Cary, Esq. (Pro Hac Vice)
Donald Andrew St. John, Esq. (Pro Hac Vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 E. Camelback Road, Suite 650
Phoenix, Arizona  85016
Telephone (602) 840-5900
Facsimile   (602) 840-3012

MATTHEW J. McCAULEY (MM-9610)

-3-