# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

BILLY GRANTHAM

**APPEARANCE**

v.

BRISTOL-MYERS SQUIBB COMPANY

Case Number: 07-06816

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

BRISTOL-MYERS SQUIBB COMPANY

I certify that I am admitted to practice in this court.

9/28/07
Date

Signature

David Covey — DC 3729
Print Name — Bar Number

125 Broad Street, 39th Fl.
Address

New York | New York | 10004-2400
City | State | Zip Code

(212) 422-0202 | (212) 422-0925
Phone Number | Fax Number

David.covey@sdma.com