# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

BILLY GRANTHAM

**APPEARANCE**

v.

BRISTOL-MYERS SQUIBB COMPANY                Case Number: 07-06816

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

BRISTOL-MYERS SQUIBB COMPANY

I certify that I am admitted to practice in this court.

_9/27/07_
Date

_[signature]_
Signature

Barry   Gerstman
Print Name                                    Bar Number

125 Broad Street, 39th Fl.
Address

New York          New York          10004-2400
City              State             Zip Code

(212) 422-0202                      (212) 422-0925
Phone Number                        Fax Number

Barry.gerstman@sdam.com