EXHIBIT 1

2007 112393
Page 1 of 2

SEP 25 2007
Amended by VS FLORIDA CERTIFICATE OF DEATH

MEDICAL CERTIFIER — DEMOGRAPHIC INFORMATION TO BE COMPLETED BY: FUNERAL DIRECTOR

Billy Mack Grantham Sr.
April 26, 1936
Age 71
August 31, 2007

North Florida Regional Medical Center
Henry County, Florida
Alachua
Hamilton,
Jasper

Ralph Grantham
Patricia Grantham
Florida

Truck Driver
Jasper

Frances Simpson
Florida

Patricia Prena

Gainesville
1147 NW 64th Terrace

07/05/2007

P.O. Box 71
P.O. Box 690
32052

Dr. Laura Dickerson

North Florida Regional Medical Center
J. Reid Funeral Home

STATE OF FLORIDA
DEPARTMENT OF HEALTH

AFFIDAVIT OF AMENDMENT TO CERTIFICATE OF DEATH

2007 112393
Page 2 of 2

FLORIDA

BILLY MACK GRANTHAM SR.
#7 BIRTHPLACE Henry Co., Florida
Henry Co., Alabama
GAINESVILLE

P.O. BOX 71 JASPER, FL 32052
P.O. BOX 690 JASPER, FL 32052

Juana A. Williams
Juana A. Williams

SEPT. 18    20 07
SEPT. 18    20 07

ABSTRACT OF SUPPORTING EVIDENCE
(APPLICANT DO NOT WRITE BELOW THIS LINE)

ADDITIONAL INFORMATION

SEP 26 2007

VOID IF ALTERED OR ERASED
VOID IF ALTERED OR ERASED

State Registrar

WARNING: THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH A WATERMARK OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK. THE DOCUMENT FACE CONTAINS A MULTI-COLORED BACKGROUND AND GOLD EMBOSSED SEAL THE BACK CONTAINS SPECIAL LINES WITH TEXT AND SEALS IN THERMOCHROMIC INK.

DH FORM 1947 (08/04)

51115568

## CERTIFICATION OF VITAL RECORD

*51115568*



FLORIDA DEPARTMENT OF HEALTH