EXHIBIT 4

*The Law Office of*
*Ralph R. Deas, P.A.*

306 NE First Street • Jasper, Florida 32052
Phone: (386) 792-2755 • Fax: (386) 792-7395
Email: ralphdeas@windstream.net

## ARTICLE VIII
### Appointment and Powers of Personal Representatives

I appoint PATRICIA A. GRANTHAM as personal representative of my estate, and I direct that no bond for the faithful performance of her duties as personal representative be required of her. In addition to all powers granted to my personal representative by law, I authorize my personal representative, if and whenever in her discretion she deems it advisable, for any purpose whatsoever, to make and enter into contracts; to sell the whole or any part of my real or personal property without court approval, at public or private sale; and to execute and deliver all deeds and instruments of transfer necessary or proper to pass the title thereto. My personal representative shall have the right to make distribution of my estate non-pro rata among the beneficiaries. If PATRICIA A. GRANTHAM shall fail or cease to serve as my personal representative for any reason, I appoint MIRANDA GRANTHAM RICHARDSON as successor personal representative, to serve without bond and with all the powers, discretions, and immunities granted above to my personal representative.

## ARTICLE IX
### Miscellaneous

The headings used herein are intended solely for use as reference and are not intended to be a part of this will.

When necessary or appropriate to the meaning in this will, the singular and plural shall be interchangeable, and words of any gender shall include all genders.

I sign and publish this as my Last Will and Testament, the same consisting of _6_ pages, each page of which bears my initials or my signature, all in the presence of two individuals witnessing and attesting the same at my request in the state of Florida, on February 23, 2007.

4 OF 6

**The Law Office of**
*Ralph R. Deas, P.A.*

306 NE First Street • Jasper, Florida 32052
Phone: (386) 792-2755 • Fax: (386) 792-7395
Email: ralphdeas@windstream.net

_____
BILLY MACK GRANTHAM
Testator

The foregoing was published, declared, and signed by BILLY MACK GRANTHAM, in our presence, as and to be his Last Will and Testament and we, at his request, in his presence, and in the presence of each other, hereby subscribe as attesting witnesses.

_____
SARAH M. DEAS
Witness

_____
TRACY A. JOSSI
Witness

STATE OF FLORIDA
COUNTY OF HAMILTON

I, BILLY MACK GRANTHAM, declare to the officer taking my acknowledgment of this instrument, and to the subscribing witnesses, that I signed this instrument as my will.

_____
BILLY MACK GRANTHAM
Testator

We, SARAH M. DEAS and TRACY A. JOSSI, have been sworn by the officer signing below, and declare to that officer on our oaths that the testator declared the instrument to be the testator's will and signed it in our presence and that we each signed the instrument as a witness in the presence of the testator and of each other.

_____
SARAH M. DEAS
Witness

5 OF 6

The Law Office of
*Ralph R. Deas, P.A.*

306 NE First Street • Jasper, Florida 32052
Phone: (386) 792-2755 • Fax: (386) 792-7395
Email: ralphdeas@windstream.net

_____
TRACY A. JOSSI
Witness

Acknowledged and subscribed before me by the testator, BILLY MACK GRANTHAM, who is personally known to me or who has produced ___FL DL___ as identification, and sworn to and subscribed before me by the witnesses, SARAH M. DEAS who is personally known to me or who has produced ___FL, DL___ as identification, and subscribed by me in the presence of the testator and the subscribing witnesses, all on February 23, 2007.



TRACY ANN JOSSI
MY COMMISSION # DD 628582
EXPIRES: January 10, 2011
Bonded Thru Notary Public Underwriters

_____
Notary Public - State of Florida

6 OF 6