UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BILLY GRANTHAM, | : | |
| Plaintiff | : | C.A. No. 07-6816 (HB) |
| v. | : | **ORDER TO SUBSTITUTE** |
| BRISTOL-MYERS SQUIBB COMPANY, | : | (Assigned to the Honorable |
| Defendant. | : | Harold Baer, Jr.) |

Upon Motion by the Plaintiff, and good cause appearing;

IT IS HEREBY ORDERED that the Estate of Billy Grantham is substituted for Billy Grantham, deceased, in this matter.

DATED this _____ day of _____, 2008..

_____
Harold Baer, Jr.
United States District Judge