UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK

| | |
|---|---|
| BILLY GRANTHAM,<br><br>    Plaintiff,<br><br>vs.<br><br>BRISTOL-MYERS SQUIBB COMPANY,<br><br>    Defendant. | C.A. No. 07-6816 (HB)<br><br>**NOTICE OF SERVICE**<br><br>(Assigned to the Honorable Harold Baer, Jr.) |

Plaintiff Billy Grantham, by and through his attorneys, hereby notifies the Court that on February 20, 2008, he served, by mailing the originals to counsel for Bristol-Myers Squibb Company, Responses to Defendants' Discovery Demands as follows:

1. NOTICE FOR DISCOVERY & INSPECTION OF DOCUMENTS WHICH WILL BE USED TO ESTABLISH ECONOMIC LOSS, ETC.;
2. DEMAND FOR LIEN INFORMATION;
3. NOTICE FOR PRODUCTION OF MOVIES;
4. DEMAND FOR COLLATERAL SOURCE INFORMATION;
5. DEMAND FOR STATEMENTS;
6. NOTICE FOR DISCOVERY & INSPECTION OF X-RAYS AND OTHER DIAGNOSTIC FILMS;
7. DEMAND FOR EXPERT WITNESS DISCLOSURE;
8. NOTICE FOR DISCOVERY & INSPECTION;
9. DEMAND FOR INCOME TAX RETURNS;
10. DEMAND FOR EMPLOYMENT AND EDUCATIONAL INFORMATION;
11. DEMAND FOR NAMES AND ADDRESSES OF WITNESSES;
12. DEMAND FOR MEDICAL INFORMATION AND AUTHORIZATIONS;

1  13. NOTICE OF DISCOVERY & INSPECTION.

RESPECTFULLY SUBMITTED February 20, 2008.

**HAGENS BERMAN SOBOL SHAPIRO LLP**

s/Donald Andrew St. John
Robert B. Carey
Donald Andrew St. John
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 E. Camelback Road, Suite 650
Phoenix, Arizona 85016
Telephone: (602) 840-5900
Facsimile: (602) 840-3012

David S. Nalven, DN-2374
Kimberly A. Dougherty, DN-58014
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**CERTIFICATION OF SERVICE**

I hereby certify that on February 20, 2008, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

**David Covey**
david.covey@sdma.com

**Matthew McCauley**
matthew.mccauley@sdma.com

**Barry Gerstman**
barry.gerstman@sdma.com

\_\_\_\_s/Georgia O'Neill_____