DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BILLY GRANTHAM,

                Plaintiff    :    C.A. No. 07-6816 (HB)

                          :

v.                        :

BRISTOL-MYERS SQUIBB COMPANY,   :    **ORDER TO SUBSTITUTE**

                          :    (Assigned to the Honorable

                Defendant.   :    Harold Baer, Jr.)

Upon Motion by the Plaintiff, and good cause appearing;

IT IS HEREBY ORDERED that the Estate of Billy Grantham is substituted for

Billy Grantham, deceased, in this matter.

DATED this _21_ day of __February__, 2008..

_____
Harold Baer, Jr.
United States District Judge