UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK

| | |
|---|---|
| BILLY GRANTHAM,<br><br>    Plaintiff,<br><br>  vs.<br><br>BRISTOL-MYERS SQUIBB COMPANY,<br><br>    Defendant. | C.A. No. 07-6816 (HB)<br><br>**NOTICE OF SERVICE**<br><br>(Assigned to the Honorable Harold Baer, Jr.) |

Plaintiff Billy Grantham, by and through his attorneys, hereby notifies the Court that on March 6, 2008, he served, by mailing the original to counsel for Bristol-Myers Squibb Company, Plaintiff's First Request for Production of Documents to Bristol Meyers-Squibb.

RESPECTFULLY SUBMITTED    March 6, 2008.

**HAGENS BERMAN SOBOL SHAPIRO LLP**

s/Donald Andrew St. John
Robert B. Carey
Donald Andrew St. John
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 E. Camelback Road, Suite 650
Phoenix, Arizona 85016
Telephone: (602) 840-5900
Facsimile: (602) 840-3012

David S. Nalven, DN-2374
Kimberly A. Dougherty, DN-58014
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**CERTIFICATION OF SERVICE**

I hereby certify that on March 6, 2008, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

**David Covey**
david.covey@sdma.com

**Matthew McCauley**
matthew.mccauley@sdma.com

**Barry Gerstman**
barry.gerstman@sdma.com

　　　　　　　　　　　　　　　　　　　　____s/Lauren Uhler_____