UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

PATRICIA A. GRANTHAM, as Personal Representative
of the Estate of BILLY M. GRANTHAM Sr., Deceased,

                              Plaintiff,

        -against-

BRISTOL-MYERS SQUIBB COMPANY,

                              Defendant.

---------------------------------------------------------------X

Index No.:
07-CV-6816

STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the

attorneys of record for all parties to the above entitled action, that whereas no party hereto is an

infant or incompetent person for whom a committee has been appointed and no person not a

party has an interest in the subject matter of the action, the above entitled action be, and the same

hereby is, discontinued with prejudice, without costs to either party against the other.

Dated: New York, New York
       June 29, 2008

Andrew St. John, Esq.
Hagens Berman Sobol Shapiro LLP
Attorneys for Plaintiff
2425 East Camelback Road, Suite 650
Phoenix, AZ 85016

Matthew J. McCauley, Esq. (MM-9610)
Sedgwick, Detert, Moran & Arnold LLP
Attorneys for Defendant
Bristol-Myers Squibb Company
125 Broad Street, 39th Floor
New York, New York 10004

So Ordered:

7/21/08

Honorable District Court
Judge Harold Baer

1

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08